# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**
Jan 31 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

RICKY NORMAN ROLLINS,
a/k/a Rickey Norman Rollins, and
GEORGE WASHINGTON,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

A true bill.

/s/ Foreperson of the Grand Jury
                                    Foreman

Filed in open court this  31st  day of

January                    .

Brittany Sims, Clerk

Bail, $ No Bail

Hon. U.S. Magistrate Judge Lisa J. Cisneros

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

Jan 31 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RICKY NORMAN ROLLINS,<br>　a/k/a Rickey Norman Rollins, and<br>GEORGE WASHINGTON,<br><br>　　　Defendants. | CASE NO. 3:24-cr-00064 CRB<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

COUNT ONE:　　　(18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

　　On or about November 8, 2023, in the Northern District of California, the defendant,

RICKY NORMAN ROLLINS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, namely, one Glock 32 model firearm bearing serial number BFDV591, and the firearm was in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

//

INDICTMENT

COUNT TWO:   (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about November 8, 2023, in the Northern District of California, the defendant,

GEORGE WASHINGTON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, namely, one Glock 43X model firearm bearing serial number BPTR544, and the firearm was in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in Counts One and Two of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendants,

RICKY NORMAN ROLLINS, and
GEORGE WASHINGTON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

a. One Glock 32 model firearm bearing serial number BFDV591;

b. One Glock 43X model firearm bearing serial number BPTR544; and

c. Eleven rounds of 9mm ammunition loaded within the Glock 43X firearm.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT                                            2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

      All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:      January 31, 2024                           A TRUE BILL.

                                                /s/
                                          FOREPERSON
                                          San Francisco, California

ISMAIL J. RAMSEY
United States Attorney

 /s/ *Kevin J. Barry*
KEVIN J. BARRY
Assistant United States Attorney

INDICTMENT                                    3