JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL, Bar No. 242797
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:  Candis_Mitchell@fd.org

Counsel for Defendant Rollins

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 24–64 WHA; ~~CR 05-167 WHA~~ |
| Plaintiff, | [~~Proposed~~] **Order for Release** |
| v. | |
| **Ricky Rollins,** | |
| Defendant. | |

Good cause shown, the defendant Ricky Rollins is ordered released from the custody of U.S. Marshal on December 15, 2025. Pursuant to his conditions of supervised release, probation has approved and the Court approves his mother's home address as his primary residence.

IT IS SO ORDERED.

Dated: December 15, 2025

*(signature)*
THOMAS S. HIXON
United States Magistrate Judge